IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | | |
|---|---|---|
| TRACY E. HOLDER, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No.: 2:10cv-0127 |
| | ) | |
| v. | ) | JUDGE HAYNES |
| | ) | |
| SMITH COUNTY, TENNESSEE, | ) | JURY DEMAND |
| and the SMITH COUNTY SHERIFF'S | ) | |
| DEPARTMENT, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF APPEARANCE

Comes now Robyn Beale Williams, Farrar & Bates, LLP, 211 Seventh Avenue North, Suite 500, Nashville, TN 37219, and enters her appearance as counsel for Defendant, Smith County, Tennessee[1], in the above styled cause of action.

Respectfully submitted,

FARRAR & BATES, LLP

*/s/ Robyn Beale Williams*
Robyn Beale Williams, BPR #19736
211 Seventh Avenue N., Suite 500
Nashville, TN 37219
(615) 254-3060
*Attorney for Defendant Smith County*

---

[1] To the extent that this action is filed against the Smith County Sheriff's Department, the action is properly filed against the County alone.

## Certificate of Service

The undersigned hereby certifies that on this, the 11th day of February, 2011, a true and correct copy of the foregoing has been forwarded via the court's electronic filing system to:

John L. Lowry, Esq.
1507 16th Avenue South
Nashville, TN 37212
*Attorney for Plaintiff*

> */s/ Robyn Beale Williams*
> Robyn Beale Williams